# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Case No.:  4:11cv00176

|  |  |
|---|---|
| **MARK HENDRIKS, Individually And On Behalf Of All Others Similarly Situated,** | |
| **Plaintiff,** | |
| **v.** | |
| **PHARMACEUTICAL PRODUCT DEVELOPMENT, INC., FREDRIC ESHELMAN, RAYMOND HILL, ERNEST MARIO, STUART BONDURANT, FREDERICK FRANK, TERRY MAGNUSON, VAUGHN D. BRYSON, ROBERT ALEXANDER INGRAM, RALPH SNYDERMAN, JAGUAR HOLDINGS, LLC, THE CARLYLE GROUP, HELLMAN & FRIEDMAN LLC, AND JAGUAR MERGER SUB, INC.,** | |
| **Defendants.** | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P.7.1 and Local Civil Rule 7.3, Hellman & Friedman LLC, which is Defendant, makes the following disclosure:

1.      Is party a publicly held corporation or other publicly held entity?
        ( ) Yes                              (X) No
2.      Does party have any parent corporations?
        ( ) Yes                              (X) No
        If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____

        _____

3.      Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

        ( ) Yes                              (X ) No
        If yes, identify all such owners:_____

        _____

        _____

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

        (X)  Yes                         ( )  No

If yes, identify entity and nature of interest:  Pharmaceutical Product Development, Inc. which is a defendant in this action.

5.      Is party a trade association?

        ( )  Yes                       (X)  No

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:_____

6.      If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:  Not Applicable.

This the 21st day of October, 2011.

                           /s/ Robert W. Fuller
                           Robert W. Fuller
                           N.C. Bar No. 10887
                           rfuller@rbh.com

                           **ROBINSON, BRADSHAW & HINSON, P.A.**
                           101 North Tryon Street, Suite 1900
                           Charlotte, North Carolina  28246
                           Telephone:      (704) 377-2536
                           Facsimile:      (704) 378-4000

                           *Attorneys for Jaguar Holdings, LLC, The Carlyle Group, Hellman & Friedman LLC, and Jaguar Merger Sub, Inc.*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using

the CM/ECF system which will send notification of such filing to the following:

Shane T. Towley
**FARUQI & FARUQI, LLP**
369 Lexington Avenue, 10th Floor
New York, New York 10017
srowley@faruqilaw.com

William E. Moore, Jr.
**Gray, Layton, Kersh, Solomon, Furr & Smith, P.A.**
516 South New Hope Road
P.O. Box 2336
Gastonia, North Carolina  28053-2636
bmoore@gastonlegal.com

Lee M. Whitman
Sarah M. Johnson
**Wyrick Robbins Yates & Ponton, LLP**
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina  27607
lwhitman@wyrick.com
sjohnson@wyrick.com

This 21st day of October, 2011.

<u>s/ Robert W. Fuller</u>
Robert W. Fuller
N.C. Bar No. 10887
rfuller@rbh.com
**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina  28246
Telephone:     (704) 377-2536999-3000
Facsimile:     (704) 378-4000