IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-cv-228-BO

| | |
|---|---|
| MARK HENDRICKS, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>PHARMACEUTICAL PRODUCT DEVELOPMENT, INC., FREDERIC N. ESHELMAN, RAYMOND H. HILL, ERNEST MARIO, STUART BONDURANT, FREDERICK FRANK, TERRY MAGNUSON, VAUGHN D. BRYSON, ROBERT ALEXANDER INGRAM, RALPH SNYDERMAN, JAGUAR HOLDINGS, LLC, THE CARLYLE GROUP, HELLMAN & FRIEDMAN LLC, and JAGUAR MERGER SUB, INC.,<br><br>      Defendants. | **ORDER** |

  This matter is before the Court on Plaintiff and Defendants' Consent Motion to Stay Proceedings. Upon consideration and review, the Court holds that the Consent Motion to Stay Proceedings is GRANTED. A stipulation of dismissal shall be filed with this Court within five (5) business days of the North Carolina Business Court's approval of settlement.

  SO ORDERED, this ___ day of November, 2011.

                     _____
                     TERRENCE W. BOYLE
                     UNITED STATES DISTRICT JUDGE